IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,


v.                                                    CASE NO. 1:09-cr-6-SPM-GRJ


GREGORY A. DAY
_____/

## O R D E R

This case is before the Court on the Defendant's Motion For Relief From

Judgment. (Doc. 85.) Defendant, a federal prisoner, filed a motion to vacate under 28

U.S.C. § 2255 on August 6, 2010 (Doc. 62) to which the government has responded.

(Docs. 65 and 66.) The Court is currently waiting for the Respondent to supplement the

record, as directed by the Court in its March 1, 2012 Order. (Doc. 84.)

Relying upon Rule 60(b) of the Federal Rules of Civil Procedure, Defendant

requests the Court to correct an order entered by the Court on August 29, 2011 denying

Defendant's Motion to Amend his motion to vacate under 28 U.S.C. § 2255. (Doc. 77.)

Defendant's motion is due to be denied summarily for at least two reasons.

First, Rule 60(b) is limited to judgments or orders that are final and not

interlocutory. *See, Advisory Committee Notes* to Rule 60. The Court's August 29, 2011

Order is not a final order or judgment and therefore Defendant cannot seek relief

through Rule 60(b).

Second, while the Court has the right to reconsider interlocutory orders such as

the August 29, 2011 order, Defendant offers no reason for disturbing the Court's order.

Rather the Defendant offers the same misconceived argument that the Court's

jurisdiction under Article III is limited to admiralty cases.  Thus, there is no legal basis

for Defendant's motion.

Accordingly, upon due consideration it is **ORDERED:**

Defendant's Motion For Relief From Judgment  (Doc. 85)  is **DENIED**.

**DONE AND ORDERED** this 6th day of March, 2012.

*s / Gary R. Jones*

GARY R. JONES
United States Magistrate Judge